# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

LAKYSHIA WILLIAMS, GINA
VESSELL, KELVIN LEFLORE,
ORMOND LEFLORE AND BRITTON
S. LEFLORE, INDIVIDUALLY AND
ON BEHALF OF THEIR MOTHER,
BETTY LEFLORE

NO.  2021 CW 0887

VERSUS

EAST BATON ROUGE PARISH
EMERGENCY MEDICAL SERVICE

CONSOLIDATED WITH

LAKYSHIA WILLIAMS, GINA
VESSELL, KELVIN LEFLORE,
ORMOND LEFLORE AND BRITTON
S. LEFLORE, INDIVIDUALLY AND
ON BEHALF OF THEIR MOTHER,
BETTY LEFLORE

VERSUS

**OCTOBER 18, 2021**

OUR LADY OF THE LAKE
HOSPITAL, INC. AND DR.
STEVEN KELLEY

---

In Re:   Our Lady of the Lake Hospital, Inc., applying for
supervisory writs, 19th Judicial District Court,
Parish of East Baton Rouge, No. 648519 c/w 669907.

---

**BEFORE:   LANIER, WOLFE, AND BURRIS,[1] JJ.**

**WRIT DENIED.**

> WIL
> EW
> WJB

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT

---

[1] Judge William J. Burris, retired, serving *pro tempore* by special appointment
of the Louisiana Supreme Court.